UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARIE M. NOEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV1737SNL |
| ) | |
| DEACONESS HOSPITAL A/K/A ) | |
| FOREST PARK HOSPITAL, ET. AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

*Pro se* plaintiff has filed a motion for entry of default against defendant S. Bo Plurad, Jr. (#25), filed November 8, 2005 and a request for the Court to issue an alias summons against this same defendant (#26), filed November 8, 2005. As of today's date, no party has filed a response.

Firstly, a motion for entry of default is to be directed to the Clerk of the Court. Secondly, plaintiff must provide proof of service before any default may be entered by the Clerk, or judgment of default entered by this Court. Finally, since plaintiff's status is not *in forma pauperis*, she needs to contact the Clerk's Office and obtain the necessary forms to complete and submit in order to serve defendant Plurad. Service is not the responsibility of the Court.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for entry of default (#25) be and is **DENIED.**

**IT IS FINALLY ORDERED** that plaintiff's request for issuance of alias summons (#26) be and is **DENIED.**

Dated this 18th day of November, 2005.

                                                /s/ Stephen N. Limbaugh
                                                SENIOR UNITED STATES DISTRICT JUDGE